**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 11-10385 |
| Plaintiff - Appellee, | 11-10610 |
| v. | D.C. Nos. 4:11-cr-50017-CKJ |
| LUCAS GERARDO SANCHEZ-SANDOVAL, | 4:11-cr-50016-CKJ |
| Defendant - Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James P. Jones, District Judge, Presiding[**]

Submitted November 13, 2012[***]

Before:      CANBY, TROTT, and W. FLETCHER, Circuit Judges.

In these consolidated appeals, Lucas Gerardo Sanchez-Sandoval appeals

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[*]      The Honorable James P. Jones, United States District Judge for the Western District of Virginia, sitting by designation.

[***]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from the revocation of his supervised release and the consecutive 21-month sentences imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Sanchez-Sandoval's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez-Sandoval the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**